UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WENDY CINCO, | Case No. 08-14911 |
| Plaintiff, | Sean F. Cox<br>United States District Judge |
| vs. | |
| PILKINGTON NORTH AMERICA, INCORPORATED, *et al.*, | Michael Hluchaniuk<br>United States Magistrate Judge |
| Defendants._____/ | |

## **ORDER GRANTING MOTION TO COMPEL (Dkt. 15)**

On June 25, 2009, plaintiff filed a motion to compel defendants to answer written discovery requests. (Dkt. 15). This motion was referred to the undersigned by District Judge Sean F. Cox. (Dkt. 16). On July 9, 2009, the Court issued an order requiring, among other things, defendants to file a response to the motion by July 23, 2009. (Dkt. 21). Judge Cox extended the response deadline to August 6, 2009. (Dkt. 20). In the July 9, 2009 order, the Court made it clear that "[f]ailure to [file a response] may result in sanctions, including granting all or part of the relief requested by the moving party." *Id*. Defendants have failed to file a timely response to plaintiff's motion.

Based on the foregoing, defendants are **ORDERED** to provide full and

1

complete responses to plaintiff's discovery requests by **August 30, 2009**. Failure to comply with this Order may result in further sanctions, including an award of attorney fees and costs. The hearing currently set for August 25, 2009 is **CANCELLED**.

    **IT IS SO ORDERED**.

The parties to this action may object to and seek review of this Order, but are required to file any objections within 10 days of service as provided for in 28 U.S.C. § 636(b)(1) and Local Rule 72.1(d)(2). A party may not assign as error any defect in this Order to which timely objection was not made. Fed.R.Civ.P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. Pursuant to Local Rule 72.1(d)(2), any objection must be served on this Magistrate Judge.

Dated: August 13, 2009                        s/Michael Hluchaniuk
                                                            Michael Hluchaniuk
                                                            United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

      I certify that on August 13, 2009, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send electronic notification to the following: E. Michael Morris, Mary K. Deon, and Robert C. Ludolph.

                                                      s/James P. Peltier
                                                      Courtroom Deputy Clerk
                                                      U.S. District Court
                                                      600 Church Street
                                                      Flint, MI 48502
                                                      (810) 341-7850
                                                      pete_peltier@mied.uscourts.gov